UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-8654-GJS | Date | April 11, 2022 |
|---|---|---|---|
| Title | Josue Rosales v. Kilolo Kijakazi | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| H. Crawford | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On November 2, 2021, Plaintiff filed a Complaint seeking review of Defendant Commissioner of Social Security's ("Defendant") denial of his application for benefits. [Dkt. 1.] On February 24, 20222, Defendant filed an Answer and lodged the administrative record. [Dkts. 14, 15.] Pursuant to the Court's initial order, Plaintiff's Opening Memorandum ("Memorandum") was due on March 31, 2022. [See Dkt. 9.]

It is now ten days past the March 31 deadline for filing a Memorandum and Plaintiff has neither filed his Memorandum nor a request for an extension of time to do so. Thus, it is unclear that Plaintiff intends to pursue this action.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed without prejudice, pursuant to Rule 41(b) of the Federal Rules of Procedure, based upon his failures to comply with the Court's Orders and to file his Memorandum. **By no later than April 25, 2022,** Plaintiff shall file a response to this Order explaining his noncompliance. Alternatively, Plaintiff may satisfy his response obligation by simply filing his Memorandum; indeed, this course of action is preferable, as it will move this case forward.

Initials of preparer _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-8654-GJS | Date | April 11, 2022 |
|---|---|---|---|
| Title | Josue Rosales v. Kilolo Kijakazi | | |

If Plaintiff files his Memorandum in Support of Complaint in compliance with the Order to Show Cause all other deadlines required by the Case Management Order will be extended accordingly.

**Plaintiff is cautioned that the failure to comply with this Order To Show Cause on a timely basis—whether by filing a response or, preferably, filing his Memorandum—will result in the dismissal of this action under Rule 41(b).**

**IT IS SO ORDERED.**