JS-6

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11

12     JOSUE R.,                              Case No. 2:21-cv-08654-GJS

13              Plaintiff

14         v.                                 **JUDGMENT**

15     KILOLO KIJAKAZI, Acting
       Commissioner of Social Security,
16
                Defendant.
17

18

19         Pursuant to the Court's Memorandum Opinion and Order,

20         IT IS ADJUDGED that the decision of the Commissioner of the Social

21     Security Administration is AFFIRMED and this action is DISMISSED WITH

22     PREJUDICE.

23

24     DATED: February 23, 2023

25                                            _____

26                                            GAIL J. STANDISH
                                              UNITED STATES MAGISTRATE JUDGE
27

28